CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendant N.J. Department of Corrections.

By:   Adam Robert Gibbons
      Deputy Attorney General
      (609) 633-7786
      cspmail@law.njoag.gov

```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK
_____
                               :
MORRIS JACKMON,                :
                               :   CIVIL ACTION NO. MID-L-6156-17
            Plaintiff,         :
       v.                      :      NOTICE OF REMOVAL
                               :
N.J. DEPARTMENT OF             :
CORRECTIONS.                   :
                               :
            Defendant.         :
_____
```

To:   Clerk of Court

      Morris Jackmon (SBI# 526665B)
      East Jersey State Prison
      Lock Bag R
      Rahway, NJ 07065

Defendant N.J. Department of Corrections, through Christopher S. Porrino, Attorney General of New Jersey, by Adam Robert Gibbons, Deputy Attorney General, files this notice of removal and in support thereof, states:

1. N.J. Department of Corrections is the sole named Defendant in an action received by the New Jersey Superior Court, Law Division, Middlesex County, bearing Docket No. MID-L-6156-17, captioned, <u>Morris Jackmon v. N.J. Department of Corrections</u>. By this action, the above listed Defendant moves for this matter to be removed to this District Court.

2. The above-entitled action was commenced by the submitting of a Complaint to the Law Division of the Middlesex County Civil Court. On December 7, 2017, N.J. Department of Corrections was served with the complaint via certified mail.

4. This matter is removable because Plaintiff has alleged violations of the Religious Land Use and Institutionalized Person Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc. A true and correct copy of the Complaint is annexed as Exhibit A. Plaintiff filed for Class Certification and same was denied. A true and correct copy of Plaintiff's Petition for Class Certification and Order denying same is annexed as Exhibit B.

5. The United States District Court has original or supplemental jurisdiction over all claims in this action, pursuant to 28 <u>U.S.C.</u> § 1331, 28 <u>U.S.C.</u> § 1343, and 28 <u>U.S.C.</u> § 1367(a).

6. This action is removable to the District Court pursuant to 28 <u>U.S.C.</u> § 1441(a), 28 <u>U.S.C.</u> § 1443, and 28 <u>U.S.C.</u> § 1446(b).

7. This Notice of Removal is being filed within thirty (30) days of the date Defendant N.J. Department of Corrections was served with a Summons and Complaint and became aware that the matter was removable.

WHEREFORE, Defendant N.J. Department of Corrections respectfully requests that the action now pending in the New Jersey Superior Court, Law Division, Mercer County, bearing Docket No. MID-L-6156-17, captioned, <u>Morris Jackmon v. N.J. Department of Corrections</u>, be removed to this District Court.

                        CHRISTOPHER S. PORRINO
                        ATTORNEY GENERAL OF NEW JERSEY

               By:  /s/ Adam Robert Gibbons
                    Adam Robert Gibbons
                    Deputy Attorney General
                    Attorney ID# 093732014

DATED: January 5, 2018