**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MORRIS A. JACKMON,<br>Plaintiff,<br>v.<br>N.J. DEPARTMENT OF CORRECTIONS, *et. al.*,<br>Defendants. | Civil Action No. 18-149 (JXN) (SDA)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Defendants N.J. Department of Corrections ("NJDOC"), Patrick Nogan ("Nogan"), and Cindy Sweeney ("Sweeny") (collectively "Defendants") motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) ("Motion"). (ECF No. 228.) Plaintiff opposed the Motion (ECF Nos. 230, 232), and Defendants replied in further support (ECF No. 233). The Court has considered the parties' submissions and has declined to hold oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 9th day of October 2026,

**ORDERED** that Defendants' Motion (ECF No. 228) is **GRANTED**; it is further

**ORDERED** that the Amended Complaint (ECF No. 28) is **DISMISSED** ***without prejudice***; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and **CLOSE** this matter.

**JULIEN XAVIER NEALS**
**United States District Judge**